

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00466-CV

Felix **LUERA**, Jr. and Bianca Luera,
Appellants

v.

**BASIC ENERGY SERVICES, INC.**, Basic Energy Services, L.P., ARI Fleet Services, Inc.
D/B/A ARI Fleet LT and Servando Garcia,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-06-52391-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The court reporters responsible for preparing the reporter's record in this appeal, Sonia G. Trevino, Sylvia Kerr, and Kim Grigg, have filed a notification of late reporter's record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellants to provide written proof to this court within ten days of the date of this order that either (1) the reporters' fees have been paid or arrangements have been made to pay the reporters' fee; or (2) appellants are entitled to appeal without paying the reporters' fees. If appellants fail to respond within the time provided, appellants' brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court